IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANCELLOR PROPERTIES, INC. : CIVIL ACTION
:
v. :
:
HOUSTON CASUALTY CO., et al. : NO. 09-4514

ORDER

AND NOW, this 12th day of November, 2009, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff Chancellor Properties, Inc. to remand this action to the Court of Common Pleas of Philadelphia County is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.