IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHANCELLOR PROPERTIES, INC. : CIVIL ACTION
et al. :
 :
 v. :
 :
HOUSTON CASUALTY CO. : NO. 09-4514

ORDER

AND NOW, this 8th day of June, 2010, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of Houston Casualty Company for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure that it is not obligated to defend or indemnify Chancellor Properties, Inc. with respect to the claims asserted in Lenox Condo. Ass'n v. Lenox Apartments Inc. et al., No. 080100482 (C.C.P. Phila. County filed Jan. 9, 2008) and Lenox Condo. Ass'n v. Lenox Apartments, Inc. et al., No. 091105075 (C.C.P. Phila. County filed Dec. 2, 2009) is DENIED.

BY THE COURT:


/s/ Harvey Bartle III
C.J.