IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHANCELLOR PROPERTIES, INC. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | |
| LENOX CONDOMINIUM ASSOCIATION | : | NO. 09-4514 |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

    **AND NOW**, this     6th     day of August 2012,  it appearing to the court that the above entitled case should be transferred from the Civil Suspense File,  it is

    **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

                                                    BY THE COURT:


                                         /s/Harvey Bartle III
                                        HARVEY BARTLE III       J.

Civ 15 (8/80)